Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, AKIVAH SHERMAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AKIVAH SHERMAN, | ) Case No.: CV 09-69 FFM |
| Plaintiff, | ) |
| vs. | ) [~~PROPOSED~~]  ORDER |
| | ) AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendants. | ) FREDERICK F. MUMM |
| | ) UNITED STATES DISTRICT |
| | ) COURT JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of FOUR THOUSAND DOLLARS ($4,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 17, 2010

                                          /S/ FREDERICK F. MUMM
                                       FREDERICK F. MUMM
                                       U.S. DISTRICT COURT